IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Capital Taxi, LLC,             :
              Appellant     :
                      :
       v.            : No. 2234 C.D. 2015
                      : Submitted: October 20, 2016
The Philadelphia Parking Authority  :

BEFORE:   HONORABLE MARY HANNAH LEAVITT, President Judge
              HONORABLE P. KEVIN BROBSON, Judge
              HONORABLE DAN PELLEGRINI, Senior Judge

OPINION NOT REPORTED

MEMORANDUM OPINION BY
SENIOR JUDGE PELLEGRINI                FILED: November 14, 2016

Capital Taxi, LLC (Capital) appeals an order of the Court of Common Pleas of Philadelphia County (trial court) affirming the Philadelphia Parking Authority Taxicab and Limousine Division's (Hearing Officer's) order sustaining the Philadelphia Parking Authority's (Authority) issuance of owner citation T-17257 (Citation), "incomplete communication system," in violation of 52 Pa. Code § 1017.24 and imposing a penalty of $350.00 against Capital. We affirm.

While this case involves a different citation and different owner, the underlying facts are the same and the issues are identical to those we resolved in *Seedjam, Inc. v. Philadelphia Parking Authority* (Pa. Cmwlth., No. 2233 C.D. 2015, filed November 14, 2016), where we held that the General Assembly was constitutionally permitted to provide the Authority with limited discretion to

implement fines for violations of its regulations and 52 Pa. Code § 1017.24 requires a medallion taxicab to include a functioning GPS attached to its meter system. For the same reasons set forth in that opinion, we affirm.

_____
DAN PELLEGRINI, Senior Judge

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Capital Taxi, LLC,           :
             Appellant       :
                      :
          v.             : No. 2234 C.D. 2015
                      :
The Philadelphia Parking Authority    :

# **O R D E R**

AND NOW, this 14th day of November, 2016, it is hereby ordered that the Court of Common Pleas of Philadelphia County's order dated October 2, 2015, is affirmed.

_____
DAN PELLEGRINI, Senior Judge